# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/30/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00286DAE |
| CASE NAME: | USA v. Kalani Oshay Rabanal |
| ATTYS FOR PLA: | Flo Nakakuni |
| ATTYS FOR DEFT: | Donna Gray |
| USPO: | Mark Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/30/2007 | TIME: | 11:15am-12:00pm |

COURT ACTION:  EP:  Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, not in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:   None imposed

Supervised Release:   32 MONTHS

CONDITIONS:

▸   That the defendant shall abide by the standard conditions of supervision.

▸   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸   That the defendant not possess illegal controlled substances (mandatory condition)

▸   That the defendant shall refrain from any unlawful use of a controlled substance.

The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision(mandatory condition).

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

That the defendant shall not associate with any known felons, including but not limited to Reynoldlyn Botelho, Clyde Soto, Reynold Borges, Cain Chun, and Randal Char.  The defendant is to immediately notify the Probation Officer of any unauthorized contact with these individuals.  The defendant shall not frequent places where any of these individuals are known to frequent as determined by the Probation Office.

That the defendant shall submit monthly telephone and/or cellular telephone records as instructed by the Probation Officer, and immediately provide any new telephone or cellular telephone number(s) to the Probation Officer.

That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of his right to appeal.

Submitted by:  Theresa Lam, Courtroom Manager